**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mohammad Sharif Khalil**, | Case No. CV 18-7903-DMG (KSx) |
| Plaintiff, | |
| v. | |
| | **JUDGMENT** |
| **Kevin McAleenan,** | |
| **L. Francis Cissna, Loren K. Miller,** | |
| **U.S. Citizenship and Immigration** | |
| **Services Service Center Operations,** | |
| **Nebraska Service Center** | |
| Defendants. | |

The Court having granted the motion to dismiss of Defendants Kevin McAleenan, L. Francis Cissna, Loren K. Miller, and the U.S. Citizenship and Immigration Services Service Center Operations, Nebraska Service Center, by Order dated January 21, 2020 [Doc. # 38],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and against Plaintiff Mohammad Sharif Khalil.

DATED: January 21, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-